IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00402-WJM-KLM

GREGORY J. CONWAY,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting Clarification and Courts Interpretation of Fed. R. Civ. P. 4(i)** [Docket No. 26; Filed September 30, 2013] (the "Motion").  To the extent that Plaintiff's difficulty is that he does not understand how to interpret the Federal Rules of Civil Procedure, the Court cannot, and will not, give legal advice to the parties.  *See Zimmerman v. The CIT Grp., Inc.*, No. 08-cv-00246-ZLW-KLM, 2008 WL 4874124, at *1 (D. Colo. Nov. 10, 2008).  Although Plaintiff is permitted to pursue his legal claim without obtaining the assistance of an attorney, he does so at his peril.  To the extent that Plaintiff does not understand the basis for, purpose of, or legal ramifications of how to properly serve Defendant with this lawsuit, he has three choices: (1) to file a motion to voluntarily dismiss it pursuant to Fed. R. Civ. P. 41(a)(2); (2) to obtain legal advice; or (3) to muddle through without legal advice.  He does not have the option of requesting or obtaining legal advice from the Court.  *See Peper v. Dep't of Agric. of U.S.*, No. 04-cv-01382-ZLW-KLM, 2008 WL 2690707, at *3 (D. Colo. July 3, 2008).  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#26] is **DENIED**.

    Dated:  October 2, 2013